**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

Ryan Milam

           Plaintiff,

vs.

HBJ Masonry, Inc., a Georgia Profit Corporation,
and Bernard Jackson, Individually,

           Defendants.

CIVIL ACTION FILE

NO. 1:14-cv-926-TCB

## J U D G M E N T

Defendants HBJ Masonry, Inc. and Bernard Jackson having presented plaintiff, Ryan Milam with an offer of judgment to allow judgment to be taken against them, in which the plaintiff, Ryan Milam  has accepted in accordance with Rule 68 of the Federal Rules of Civil Procedure,

JUDGMENT IS HEREBY ENTERED in favor of the plaintiff, Ryan Milam and against the defendants HBJ Masonry, Inc. and Bernard Jackson, jointly and severally, for the sum of $400.00, plus costs and reasonable attorney fees.

Dated at Atlanta, Georgia, this 5th day of October, 2015.

JAMES N. HATTEN
CLERK OF COURT

*/s/Janice Micallef*

By: _____
      Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
October 5, 2015
James N. Hatten
Clerk of Court

*/s/Janice Micallef*

By: _____
      Deputy Clerk