UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CORY WILLIAMS, on his own behalf
and all similarly situated individuals,

    Plaintiff,

v.                                      CASE NO.: 14-CV-00926

HBJ MASONRY, INC., a Georgia Profit
Corporation, and BERNARD JACKSON,
individually,

    Defendants.
_____/

## Notice of Settlement

The Plaintiff notifies this Court that the Parties have reached a negotiated resolution regarding the outstanding issue of attorneys' fees and costs. However, because payment of same will be via installments, Plaintiff requests that the Court retain jurisdiction to enforce the Parties agreement or to award fees and costs to the extent the Defendants fail to make all installment payments due.

Respectfully submitted on this 26th day of October, 2015.

                Respectfully Submitted,

                **/s/ ANDREW FRISCH**
                Andrew Frisch, Esq.
                GA Bar No.: 366105
                MORGAN & MORGAN, P.A.
                600 N. Pine Island Rd.
                Suite 400
                Plantation, FL 33324

        Tel: 954-318-0268  
        Fax: 954-327-3013  
        E-mail: AFrisch@forthepeople.com

*Trial Counsel for Plaintiffs*

## Certificate of Service

**I HEREBY CERTIFY** that on this 26th of October, 2015, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record.

**/s/ ANDREW FRISCH**  
Andrew Frisch, Esq.